# Exhibit B

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
nmullen@mt.gov
Attorney for Plaintiff

**MONTANA FIRST JUDICIAL DISTRICT COURT**
**LEWIS AND CLARK COUNTY MONTANA**

| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, <br><br> Plaintiff, <br><br> vs. <br><br> VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC., <br><br> Defendants. | Case No. DDV 2016-1045 <br><br> Judge   James P. Reynolds <br><br><br> **SUMMONS TO VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG** |
|---|---|

To: Volkswagen Aktiengesellschaft d/b/a Volkswagen Group and/or Volkswagen AG

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the plaintiff or plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF THE DISTRICT COURT

NANCY SWEENEY

Date: 15 December   By: _Michelle Wong_

(Seal)

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
nmullen@mt.gov
Attorney for Plaintiff

## MONTANA FIRST JUDICIAL DISTRICT COURT
## LEWIS AND CLARK COUNTY MONTANA

| | |
|---|---|
| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendants. | Case No.  DDV 2016-1045<br><br>Judge     James P. Reynolds<br><br><br><br>**SUMMONS TO AUDI AG** |

To: AUDI AG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the plaintiff or plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

CLERK OF THE DISTRICT COURT

NANCY SWEENEY

Date: 15 December     By: _____

(Seal)

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
nmullen@mt.gov
Attorney for Plaintiff

## MONTANA FIRST JUDICIAL DISTRICT COURT
## LEWIS AND CLARK COUNTY MONTANA

| | |
|---|---|
| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, <br><br> Plaintiff, <br><br> vs. <br><br> VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC., <br><br> Defendants. | Case No.  DDV 2016-1045 <br><br> Judge  James P. Reynolds <br><br><br> **SUMMONS TO VOLKSWAGEN GROUP OF AMERICA, INC.** |

To: VOLKSWAGEN GROUP OF AMERICA, INC.

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the plaintiff or plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Summons- VW GROUP OF AMERICA                                                                                    Page 1

You also must file your answer or motion with the court.

CLERK OF THE DISTRICT COURT

NANCY SWEENEY

Date: 15 December 2016   By: _McCullu Wry_

(Seal)

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
nmullen@mt.gov
Attorney for Plaintiff

## MONTANA FIRST JUDICIAL DISTRICT COURT
## LEWIS AND CLARK COUNTY MONTANA

| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, Plaintiff, vs. VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC., Defendants. | Case No.  DDV 2016-1045<br><br>Judge    James P. Reynolds<br><br>**SUMMONS TO VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC** |
|---|---|

To: VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the plaintiff or plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Summons- Volkswagen Group of America Chattanooga                                           Page 1

You also must file your answer or motion with the court.

                                        CLERK OF THE DISTRICT COURT

                                             NANCY SWEENEY

Date: 15 December 2016  By: _____

                                           (Seal)

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
nmullen@mt.gov
Attorney for Plaintiff

## MONTANA FIRST JUDICIAL DISTRICT COURT
## LEWIS AND CLARK COUNTY MONTANA

| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, <br><br> Plaintiff, <br><br> vs. <br><br> VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC., <br><br> Defendants. | Case No.   DDV 2016-1045 <br><br> Judge    James P. Reynolds <br><br><br> **SUMMONS TO** <br> **AUDI OF AMERICA, LLC** |
|---|---|

To: AUDI OF AMERICA, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the plaintiff or plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Summons- Audi of America                                                                                                   Page 1

You also must file your answer or motion with the court.

CLERK OF THE DISTRICT COURT

NANCY SWEENEY

Date: 15 December 2016   By: _____

(Seal)

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
nmullen@mt.gov
Attorney for Plaintiff

## MONTANA FIRST JUDICIAL DISTRICT COURT
## LEWIS AND CLARK COUNTY MONTANA

| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendants. | Case No.  DDV 2016-1045<br><br>Judge       James P. Reynolds<br><br>**SUMMONS TO**<br>**DR. ING. H.C. F. PORSCHE D/B/A**<br>**PORSCHE AG** |
|---|---|

To: DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the plaintiff or plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Summons- Porsche AG                                                                                           Page 1

You also must file your answer or motion with the court.

CLERK OF THE DISTRICT COURT

**NANCY SWEENEY**

Date: 15 December 2016   By: _____

(Seal)

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Telephone: (406) 444-4961
nmullen@mt.gov
Attorney for Plaintiff

## MONTANA FIRST JUDICIAL DISTRICT COURT
## LEWIS AND CLARK COUNTY MONTANA

| | |
|---|---|
| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A VOLKSWAGEN GROUP AND/OR VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP OF AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC, DR. ING. H.C. F. PORSCHE D/B/A PORSCHE AG, AND PORSCHE CARS NORTH AMERICA, INC.,<br><br>Defendants. | Case No.   DDV 2016-1045<br><br>Judge      James P. Reynolds<br><br><br><br>**SUMMONS TO<br>PORSCHE CARS NORTH AMERICA, INC.** |

To: PORSCHE CARS NORTH AMERICA, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you, you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Montana Rules of Civil Procedure. Do not include the day you were served in your calculation of time. The answer or motion must be served on the plaintiff or plaintiff's attorney, if plaintiff is represented by an attorney, whose name and address are listed above.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Summons- Porsche Cars North America                                                                 Page 1

You also must file your answer or motion with the court.

CLERK OF THE DISTRICT COURT<br>NANCY SWEENEY

Date: 15 December 2016   By: _____

(Seal)