Stephen D. Bell
DORSEY & WHITNEY LLP
Millennium Building
125 Bank Street, Suite 600
Missoula, Montana 59802-4407
Telephone:  406-721-6025
Fax:  406-543-0863

Robert J. Guiffra, Jr. (*pro hac vice pending*)
*Sharon L. Nelles,* (*pro hac vice pending*)
David M.J. Rein, (*pro hac vice pending*)
William B. Monahan, (*pro hac vice pending*)
SULLIVAN & CROMWELL LLP (*of counsel)*
125 Broad Street
New York, New York 10004

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA

---

| | |
|---|---|
| MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY,<br><br>*Plaintiff*,<br><br>v.<br><br>VOLKSWAGEN AKTIENGESELLSCHAFT d/b/a VOLKSWAGEN GROUP and/ or VOLKSWAGEN AG; AUDI AG; VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN GROUP AMERICA CHATTANOOGA OPERATIONS, LLC, AUDI OF AMERICA, LLC; DR. ING. H.C. F. PORSCHE AG d/b/a/ PORSCHE AG; and PORSCHE CARS NORTH AMERICA, INC.,<br><br>*Defendants.* | Case No. 6:17-cv-00003-CCL |

---

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Volkswagen Aktiengesellschaft d/b/a Volkswagen Group and/ or Volkswagen AG ("VWAG"); Audi AG ("Audi AG"); Volkswagen Group of America, Inc. ("VWGoA"); Volkswagen Group America Chattanooga Operations, LLC ("VW Chattanooga"); Audi Of America, LLC ("AoA"), certifies as follows:  (i) Volkswagen AG  is the parent corporation of Volkswagen Group of America, Inc. and Audi AG; (ii) Volkswagen AG is a publicly-held German corporation that owns 10% or more of the stock of Volkswagen Group of America, Inc. and Audi AG; and (iii) Porsche Automobil Holding SE is a publicly-held corporation that owns more than 10% or more of Volkswagen AG's stock.

                                Respectfully submitted,

                                /s/  Stephen D. Bell
                                Stephen D. Bell
                                Dorsey & Whitney LLP
                                125 Bank Street, Suite 600
                                Missoula, Montana 59802
                                Telephone:     (406) 721-6025
                                Facsimile:     (406) 543-0863

                                *Of Counsel*
                                Robert J. Giuffra, Jr.*
                                Sharon L. Nelles*
                                David M.J. Rein*
                                William B. Monahan*

                                SULLIVAN & CROMWELL LLP
                                125 Broad Street
                                New York, New York  10004
                                Telephone:     (212) 558-4000
                                Facsimile:     (212) 558-3588

                                *Attorneys for Defendants Volkswagen*
                                *Aktiengesellschaft d/b/a Volkswagen Group*
                                *and/or Volkswagen AG, Volkswagen Group*
                                *of America, Inc., Volkswagen Group*

*America Chattanooga Operations, LLC,
Audi AG, and Audi of America, LLC*

\* Application for admission *pro hac vice*
forthcoming

January 13, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2017, the foregoing **RULE 7.1 STATEMENT,** was served on the following counsel for Plaintiff by email and U.S. mail:

Norman J. Mullen
Special Assistant Attorney General
Department of Environmental Quality
Legal Unit, Metcalf Building
P.O. Box 200901
Helena, Montana 59620-0901
Phone: (406) 444-4961
nmullen@mt.gov

Attorney for the Plaintiff


    /s/ *Stephen D. Bell*
Stephen D. Bell